IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| HEATHER CONNATSER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) No. 2:07-cv-2239 |
| WAL-MART STORES, INC., WAL-MART STORES EAST, INC. AND SAM'S EAST, INC., | ) ) ) |
| | ) |
| Defendants. | ) |

**NOTICE OF DISMISSAL WITH PREJUDICE**

Plaintiff Heather Connatser, by and through undersigned counsel, and pursuant to F.R.C.P. 41(a)(1)(i), hereby dismisses with prejudice all claims asserted against Defendants Wal-Mart Stores, Inc., Wal-Mart Stores East, Inc. and Sam's East, Inc., (collectively "Defendants") in this action, with each party to bear its own attorneys' fees and costs, except as otherwise provided in connection with the settlement of MDL Docket # 1735.  This case was administratively closed by the Court on May 11, 2010, with dismissal to be made upon notice from the Plaintiff.

DATED:    January 6, 2011

/s/ R. Christopher Gilreath
GILREATH & ASSOCIATES
200 Jefferson Avenue, Suite 711
Memphis, TN 38103
(901) 527-0511
chrisgil@sidgilreath.com

*Attorney for Plaintiff*

DEN 97,408,181v1 1-5-11