IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

**HEATHER CONNATSER,**

    **Plaintiff,**

                                  NO.   07-2239 SHM C

**vs.**

**WAL-MART STORES, INC.,**
**WAL-MART STORES EAST, INC.,**
**and SAM'S EAST, INC.,**

    **Defendants.**

### ORDER DISMISSING CASE WITH PREJUDICE

Plaintiff having filed a Notice of Voluntary Dismissal, it is hereby ORDERED, pursuant to Rule 41 of the Federal Rules of Civil Procedure, that this case is DISMISSED, with prejudice.

It is so ORDERED this 6th day of January, 2011.

                                            s/Samuel H. Mays, Jr.
                                            SAMUEL H. MAYS, JR.
                                            UNITED STATES DISTRICT JUDGE