UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

**HEATHER CONNATSER,**

    **Plaintiff,**

V.                                                                NO. 07-2239-Ma

**WAL-MART STORES, INC.,
WAL-MART STORES EAST, INC.,
and SAM'S EAST, INC.,**

    **Defendants.**

# JUDGMENT

    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed in accordance with the Order Dismissing Case With Prejudice, docketed January 6, 2011.

**APPROVED:**

S/ *Samuel H. Mays Jr.*
_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

| January 6, 2011 | THOMAS M. GOULD |
|---|---|
| DATE | CLERK |
| | S/ *Jean Lee* |
| | (By) DEPUTY CLERK |